UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA KOKHANOVSKI,<br><br>        Plaintiff,<br><br>   v.<br><br>TD BANK USA, N.A., *et al*.<br><br>        Defendants. | Case No. 1:22-cv-01552-JLT-CDB<br><br>ORDER GRANTING BRIAN MELENDEZ *PRO HAC VICE* APPLICATION<br><br>(ECF No. 5) |

The Court has read and considered the application of Brian Melendez, attorney for Defendant TD Bank USA, N.A. for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (ECF No. 5). Having reviewed the application, Brian Melendez's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: __December 6, 2022__       _____

                                                                       UNITED STATES MAGISTRATE JUDGE